

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00885-CR

Victor Perez **PRADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5355
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  July 29, 2015

DISMISSED

     Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a). The motion is granted and this appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH